UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 24-4763-MRA (KSx)                                            Date: November 26, 2024

Title      *Peter Tolan v. Lockheed Martin Corporation et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Creditor:             Attorneys Present for Debtor:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT PROCEDURES RE: SCHEDULING TELEPHONIC DISCOVERY CONFERENCE**

On November 26, 2024, the Court received an ex parte communication from Defense Counsel requesting to schedule a telephonic discovery conference. However, the Court's procedures require that both parties must submit a single *joint* email providing each party's position regarding the discovery dispute(s) as stated under the Court's Schedules and Procedures, which are published on the court's website. *See*, Judges' Procedures and Schedules | Central District of California | United States District Court.

The communication that the Court received earlier today indicates that Plaintiff's counsel has been unwilling to participate in meet and confer discussion, has not provided their availability for an informal conference with the Court, and has not joined in the required joint communication to the Court to enable the Court to prepare for the conference.

Accordingly, **Plaintiff's counsel is ORDERED TO SHOW CAUSE on or before December 5, 2024** as to why the Court should not impose sanctions for failing to comply with the Court's pre-motion discovery procedures. Plaintiff's counsel may discharge the Order to Show Cause by filing a brief statement of (no more than 3 pages) on or before Dec. 5, 2024 that does the following:

(1) demonstrates good cause for Plaintiff's counsel's failure to comply with the Court's pre-motion procedures; and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 24-4763-MRA (KSx)                                         Date: November 26, 2024

Title      *Peter Tolan v. Lockheed Martin Corporation et al.*

(2) confirms that **Plaintiff's counsel has participated in meet and confer discussions with Defense counsel via telephone and/or video conference (not by email or voicemail)** to identify at least three (3) available dates to meet with the Court regarding the parties' discovery disputes.

Failure to timely respond to this Order <u>will</u> result in sanctions.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |